The Honorable Robert S Lasnik

```
____FILED    ____ENTERED
____LODGED   ____RECEIVED

        JUN 1 8 2002         DJ

              AT SEATTLE
       CLERK U S DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON
  BY                          DEPUTY
```

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ALLAN BERMAN, individually and as Personal Representative of the Estate of Kathryn Hamilton,<br><br>Plaintiff,<br><br>vs<br><br>THE FRED HUTCHINSON CANCER RESEARCH CENTER, DR WILLIAM BENSINGER; DR C. DEAN BUCKNER, DR. FREDERICK APPLEBAUM, and DR. ROBERT DAY,<br><br>Defendants | NO. C01-0727 (R) L<br><br>DECLARATION OF MICHAEL MADDEN RE DEFENDANTS' OBJECTION TO PLAINTIFF'S SECOND REQUEST TO SUPPLEMENT RECORD CONCERNING STATUTE OF LIMITATIONS SUMMARY JUDGMENT AND REPLY TO SUPPLEMENTAL BRIEF |

1. I am one of the attorneys for the defendants in this matter and have personal knowledge of the facts stated herein.

2. The documents attached to the declaration of Thomas Dreiling, dated June 13 2002, and numbered "BIAN 00002" and "BIAN 00003" were produced to Mr Dreiling and the undersigned by Attorney Tom Fain, representing Cell Therapeutics, Inc., in

Madden declaration
C01-0727(R) L- Page 1        CV 01-00727 #00000109

CES & LEEDOM, P.S.
Suite 2150
ton 98104
5511



response to a subpoena issued by plaintiff  The documents were accompanied by a letter addressed to Mr. Dreiling and me, and were received in my office on June 7th at 2:27 PM  Mr. Dreiling's office is located in the same building as mine

3. I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT

Executed at SEATTLE, Washington, this 17th day of June, 2002.

_____
MICHAEL MADDEN

Madden declaration
C01-0727(R) L- Page 2

LAW OFFICES
BENNETT BIGELOW & LEEDOM, P.S.
999 Third Avenue, Suite 2150
Seattle, Washington 98104
(206) 622-5511