Honorable Robert S Lasnik

FILED
LODGED  ENTERED
        RECEIVED
AUG 2 2 2002  MR
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

# UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ALLAN BERMAN, individually and as personal representative of the estate of Kathryn Hamilton,<br><br>PLAINTIFF<br><br>V.<br><br>THE FRED HUTCHINSON CANCER RESEARCH CENTER, et al,<br><br>DEFENDANTS. | No C01-0727R<br><br>**DECLARATION OF MICHAEL MADDEN**<br><br>CV 01-00727 #00000158 |

I am one of the attorneys representing defendants Fred Hutchinson Cancer Research Center in this matter This Declaration is based on my personal knowledge Attached to this Declaration are true and correct copies of the deposition excerpts submitted in connection with the Hutchinson Defendants' Motion for Reconsideration of Order Granting Plaintiff's Motion for Partial Summary Judgment on Informed Consent Claim, as follows.

Exhibit 1    Deborah L. Woehler deposition excerpts

ORIGINAL

DECLARATION OF MICHAEL MADDEN
(C01-0727 R) - Page 1

LAW OFFICES
BENNETT BIGELOW & LEEDOM, P S
999 Third Avenue, Suite 2150
Seattle, Washington 98104
(206) 622-5511


158

1  I declare under penalty of perjury under the laws of the State of Washington that
2  the foregoing is true and correct

3

4  DATED this 22nd day of August, 2002.

BENNETT BIGELOW & LEEDOM, P S

By _____
William J. Leedom, WSBA #2321
Michael Madden, WSBA #8747

Joseph M. Hassett
George H Mernick, III
Barbara F Mishkin
HOGAN & HARTSON

w \wdclient\0750\00007\mm213922 doc

DECLARATION OF MICHAEL MADDEN
(C01-0727 R) - Page 2

SD                                                                          1

1   Z-38731 SD

2

3              UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF WASHINGTON
4                      AT SEATTLE

5

    ALLAN BERMAN, Individually     *
6   and as Personal                *     NO. C01-0727L(BJR)
    Representative of the          *
7   Estate of Kathryn Hamilton     *
                                    *
8   VS.                             *     COPY RECEIVED
                                    *     TIME 3:40 BY (/A)
9   THE FRED HUTCHINSON CANCER     *
    RESEARCH CENTER; DR. WILLIAM*         JUN 2 5 2002
10  BENSINGER; DR. C. DEAN         *
    BUCKNER; DR. FREDERICK         *      BENNETT BIGELOW
11  APPLEBAUM; and DR. ROBERT      *        & LEEDOM
    DAY                             *

12

13                      COPY

14

15
              DEPOSITION OF MS. DEBORAH L. WOEHLER
16

17      UPON RECEIPT OF SIGNATURE, THE ORIGINAL OF THIS
             DEPOSITION WILL BE IN THE CUSTODY OF:
18
                      MR. MIKE MADDEN
19            BENNETT BIGELOW & LEEDOM, P.S.
                    999 THIRD AVENUE
20                    SUITE 2150
              SEATTLE, WASHINGTON  98104
21

22

23  6/21/02                        Samantha Dennis

24  Date                       Samantha L. Dennis, CSR
    06-21-02                       HOUSTON, TEXAS
25

        ESQUIRE DEPOSITION SERVICES, INC. (713) 524-4600
        3401 Louisiana, Suite 300, Houston, Texas  77002

1  investigator requested the IRB to delete the reference to
2  IV pentoxifylline from the protocol and the consent form?
3      A.   That was in the letter dated December 7th.
4      Q.   Right.
5           And is it further your understanding that
6  the IRB Committee Chair approved that amendment on
7  January 5th, 1993?
8      A.   Yes, that's true.  He did.
9      Q.   Okay.  Is it further your understanding that,
10 nevertheless, Kathryn Hamilton was given a consent form
11 on January 6th, 1993, that contained a reference to IV
12 pentoxifylline?
13     A.   Yes.
14     Q.   From that, would it be fair to say that if the
15 IRB process worked as intended by Dr. Bensinger and the
16 IRB cochair, she would have been provided with a consent
17 form that did not reference IV pentoxifylline?
18     A.   If IRB processes are working as they should be,
19 that should have been the case.  As I stated earlier, I
20 have concerns that throughout that was not the case.
21          But let me go back to your original
22 question.  It was about the IV pentoxifylline.  Something
23 should have happened back in November or December.
24     Q.   Okay.  And is what you say should have happened
25 outlined in paragraph 4 on page 3 of your report?

1    A.    Could you show me where you're --

2    Q.    Right here.

3          Paragraph 4 starts off:  Immediately upon

4  receipt of notice that IV PTX was no longer being

5  supplied..."

6          Does that paragraph describe what, in your

7  opinion, should have happened?

8    A.    That would have been one of the steps of -- that

9  would have been one of the steps.  There are many

10 different directions he could have taken to expedite this

11 review.

12   Q.    Let's assume they expedited it, but the staff

13 and the investigator and the IRB Committee Chair didn't

14 notice, as happened here, that the consent form -- the

15 revised consent form still contained a reference to IV

16 PTX.

17         How would expedited review change anything

18 for Kathryn Hamilton?

19   A.    Would you mind repeating the question?

20   Q.    Let's assume they expedited in the way you

21 indicated but same mistake occurred and they did not

22 catch the fact that the revised consent form still

23 referenced IV pentoxifylline.

24         How would things have been different for

25 Kathryn Hamilton?

```
 1  STATE OF TEXAS     *
    COUNTY OF HARRIS   *
 2
            I, the undersigned certified shorthand reporter
 3  in and for the State of Texas, certify that the facts
    stated in the foregoing pages are true and correct.
 4
            I further certify that I am neither attorney or
 5  counsel for, nor related to or employed by, any of the
    parties to the action in which this deposition is taken
 6  and, further, that I am not a relative or employee of any
    counsel employed by the parties hereto, or financially
 7  interested in the action.

 8          SUBSCRIBED AND SWORN TO under my hand and seal
    of office on this the _____ day of
 9  _____ 2002.

10

11          _____Samantha Dennis_____
            SAMANTHA L. DENNIS, CSR
12          Certified Shorthand Reporter
            in and for the State of Texas
13
    Certificate No. 7512
14  Expiration date:  12-31-2002

15

16

17

18

19

20

21

22

23

24

25
```

ESQUIRE DEPOSITION SERVICES, INC. (713) 524-4600
3401 Louisiana, Suite 300, Houston, Texas  77002